# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAMOND BASS, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:16CV612 AGF |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

By Order dated June 23, 2016, the Court granted the Federal Public Defender additional time to review and determine whether to represent movant in bringing a claim for reduction in his sentence under *Johnson v. United States*, 135 S.Ct. 2551 (2015). That time period has expired and nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Public Defender must notify the Court no later than **Tuesday, September 20, 2016**, whether it intends to represent movant on this matter.

Dated this 31st day of August, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE